
MEMO ENDORSED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**SAMUEL & STEIN**
David Stein (DS 2119)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-9884

Attorneys for Defendants

Lawrence Nash, Anthony Cirello, Lonnie Whatley, Matthew Powell, Raymond Clark, Darryl Payne, and John Forte,

Plaintiffs,

- vs. –

Countywide Carting Ltd., (and d/b/a as CW Maintenance Inc.) and Morris Jacobowitz,

Defendant.

Motion is denied, without prejudice, for failure to comply with the Court's Individual Practices.

So Ordered

DOCKET NO. 19-cv-9138 (KMK)

2/5/20

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendants will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to bring the attached Motion on for hearing at such time and date as the Court may determine.

Dated: December 16, 2019

Respectfully submitted,

David Stein (DS 2119)
SAMUEL & STEIN
38 W. 32nd St., Ste. 1110
New York, New York 10001

(212) 563-9884

Attorneys for Defendants