UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAWRENCE NASH, et al.,

               Plaintiffs,

v.

COUNTRYWIDE CARTING, LTD and MORRIS
JACOBOWITZ,

               Defendants.
---------------------------------------------------------------X

**ORDER**

19-cv-9138 (PMH)

PHILIP M. HALPERN, United States District Judge:

Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on Defendants' pending motion to dismiss (Doc. 35). The oral argument will be held on November 12, 2020 at 3:00 p.m. at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated:  New York, New York
        September 29, 2020

_____
Philip M. Halpern
United States District Judge