UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Nash, et al.,

                Plaintiffs,                19 Civ. 9138 (AEK)

   -against-                              **CANCELLATION AND**
                                            **SCHEDULING ORDER**

Countywide Carting, LTD et al.,

                Defendants.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In light of Plaintiffs' update regarding Mr. Cirello, *see* ECF No. 73, the telephonic status conference scheduled for Monday, November 8, 2021, at 10:30 a.m. before Magistrate Judge Krause is hereby ADJOURNJED *sine die*. Additionally, upon the joint request from counsel received via e-mail, the parties' deadline for filing their settlement approval submission is hereby EXTENDED from November 8, 2021 to November 18, 2021.

Dated:  November 2, 2021
          White Plains, New York

                                                **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge